UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DENNIS PERDUE, #372392,

    Petitioner,

                       CASE NO. 2:08-CV-13575
v.                            HONORABLE PATRICK J. DUGGAN

NICK LUDWICK,

    Respondent.
_____/

## **JUDGMENT**

Petitioner Dennis Perdue has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. For the reasons set forth in an Opinion and Order issued this date,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the petition for a writ of habeas corpus is **DENIED** and **DISMISSED WITH PREJUDICE.**

                                          s/PATRICK J. DUGGAN
                                          UNITED STATES DISTRICT JUDGE

Dated: June 8, 2010

Copies to:
Dennis Perdue, #372392
St. Louis Correctional Facility
8585 N. Croswell Road
St. Louis, Michigan 48880

Brian O. Neill, Asst. Attorney General